## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### AT PIKEVILLE

| | |
|---|---|
| **TABITHA HOLYFIELD,** | **CIVIL NO. 7:17-39-KKC-EBA** |
|     **Plaintiff,** | |
| **V.** | **JUDGMENT** |
| **WAL-MART STORES EAST, L.P.,** | |
|     **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

In accordance with the order entered contemporaneously, the Court **HEREBY ORDERS** and **ADJUDGES** as follows:

(1) The defendants' motion for summary judgment (DE 28) is **GRANTED** in full;

(2) All motions and hearings are hereby **DISMISSED**;

(3) This matter is **DISMISSED AND STRICKEN** from the active docket; and

(4) This judgment is **FINAL** and **APPEALABLE**.

Dated November 27, 2017.

_Karen K. Caldwell_

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY